**UNITED STATES DISTRICT COURT**
<u>**NORTHERN DISTRICT OF NEW YORK**</u>
**JASMINE GRACE-LOUISE**
**EDWARDS,**

              **Plaintiff,**             **5:18-cv-1286**
                                                      **(GLS/TWD)**
           **v.**

**ROBERT SIMPSON et al.,**

              **Defendants.**

**APPEARANCES:**             **OF COUNSEL:**

**FOR PLAINTIFF:**
JASMINE GRACE-LOUISE EDWARDS
Plaintiff *Pro Se*
505 State Street
Syracuse, New York 13202

**Gary L. Sharpe**
**Senior District Judge**

## <u>ORDER</u>

The above-captioned matter comes to this court following an Order and Report-Recommendation by Magistrate Judge Thérèse Wiley Dancks duly filed on December 7, 2018. (Dkt. No. 5.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the

Order and Report-Recommendation for clear error, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 5) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and it is further

**ORDERED** that the court declines to exercise supplemental jurisdiction over plaintiff's state law claims; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

January 7, 2019
Albany, New York

Gary L. Sharpe
U.S. District Judge